# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1129**  **September Term, 2024**

FERC-ER24-3114-000
FERC-ER24-3114-001
FERC-ER24-3115-000
FERC-ER24-3115-001
FERC-ER24-3107-002
FERC-ER24-3108-000
FERC-ER24-3107-000
FERC-ER24-3108-001

**Filed On: May 20, 2025** [2116539]

Kansas Electric Power Cooperative, Inc.,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

**O R D E R**

The petition for review in this case was filed and docketed on May 19, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 20, 2025 |
| Docketing Statement Form | June 20, 2025 |
| Procedural Motions, if any | June 20, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 20, 2025 |
| Statement of Issues to be Raised | June 20, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | June 20, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1129** | **September Term, 2024** |

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | June 20, 2025 |
| Procedural Motions, if any | June 20, 2025 |
| Certified Index to the Record | July 7, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:   /s/
             Emily K. Campbell
             Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)